ORIGINAL

MATTHEW Q. CALLISTER, ESQ.
Nevada Bar # 001396
WILLIAM H. BROWN, ESQ.
Nevada Bar # 007623
CALLISTER & REYNOLDS
823 Las Vegas Boulevard South
Las Vegas, Nevada 89101
Telephone: (702) 385-3343
Facsimile: (702) 385-2899

FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

2003 OCT 30 P 3: 45

_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

SERVICE EMPLOYEES INTERNATIONAL UNION; RICHARD FLETCHER; STEVE ZAHN; MICHAEL ELGAS; WILLIAM CALDWELL; JIM STEVENS; DEBRA MCGRATH; LARRY G. LAWRENCE; MICHAEL J. SMITH; TOM DREES; PETE SUTTON; CHARLIE ROSS; SAMUEL L. GRAFF; MELCHOR GODINEZ; ARMANDO GUEVARRA; ALEXANDER OSTROM; MICHAEL LEPCZYK; GLEN ALLEN AUSTIN; HAROLD T. DALY; CLIFFORD KEALOHA; DARRELL PETERSON; LEO K. PERREIRA; BRAD STASIK; ANDREW SALAZAR; CHARLES BAKER; WALT LINKFIELD; RICHARD MROZEK; KENNETH R. DREFS; ROGER SOWINSKI; DAVID SIZEMORE; FROILAN SANCHEZ; MILES RODELA; NORMA SEGISMAR; GARY VENEKLASEN; MARY RIEBEL; MARIEL WALLACE; RICHARD COVELSKI; CORAZON REINHARD; ALFONSO RAZO-PADILLA; PETRONILLA McCOY; NORMA WORMALD; GUADALUPE MIRANDA; TONY COX; DONALD SHELLENBARGER, SR.; RAFAEL HERNANDEZ; IVA BUCK; LINDA NALE; EVELINE FLATER; HELEN BURDINE; MARIA GARCIA; BLESILDA FONTILLAS; ROBERT BEATTY; PAUL WHITE; JANICE SWENSON; MAUREEN ALLRED; SAMUEL DAVIS; PATRICIA FOREMAN; STEVEN WOODS; GLENN

CV-S-03-1356-LRH-LRL

**COMPLAINT FOR MONEY DAMAGES AND FOR DECLARATORY JUDGMENT**

**(DEMAND FOR JURY TRIAL)**

Law Offices of
Callister & Reynolds
823 Las Vegas Blvd.
South
Las Vegas, Nevada
89101
(702) 385-3343

1

T:\SEIU v- LVCVA\Pleadings\Complaint.wpd

law Offices of
Callister & Reynolds
823 Las Vegas Blvd.
South
Las Vegas, Nevada
89101
(702) 385-3343

1  GAMATERO; GUY RAMISCAL; ROBERT
2  RICHTER; ROBERT LOVELL; RAMON
   PANALIGAN; MICHAEL SHEARER;
3  TOMAS EPLING; KALALI NOLASCO;
   NILDA JACOBS; TYLER WEISS;
4  WENTWORTH EATHERTON; DENNIS
   NOWAK; ALLEN AUSTIN, JR.; MAC
5  MOORE; BRIAN SCHREUR; WILLIAM
   HOOPII; MICHAEL MASSEY; TIMOTHY
6  VOLZ; VINCENT BARILE; TODD
   YOUNG; JOSEPH GARGIULO; RAFAEL
7  MENDOZA- MIRANDA; MARK
   CARLOS; CARL TEMPLE; MICHAEL
8  DeVINNEY; JOSEPH MASTROMAURO;
   REX WHITE;MICHAEL DAVIS. JOHN
9  THORPE; JOSEPH MELNIK; FRED DAY;
   BRUCE GRAHAM; ROBERT ENGLISH;
10 MICHAEL WALLENSACK; LAWRENCE
   AUGUSTINE; FAYE SIMONS; WILLIAM
11 THEOBALD; JERRY GILLILAND;
   RAYMOND GARGIULO; TERRENCE
12 MAZUR; CLIFFORD JOHNSON; JEFF
   TIMMERWILKE; STANLEY YOUNG;
13 KENNETH MAIN; RONALD CARRIER;
   NEBUCCHADNEZAR GATCHALIAN;
14 JOSE ALVAREZ; JAMES SKINNER;
   HENRY MITCHELL; LETECIA MANTOR;
15 DANIEL GULLI, JR.; ANTHONY
   FREITAS; ROBERT ABELL; RUBEN
16 BASYE; DONALD BALDWIN; JUNE
   RINGLER; STEPHEN LUCAS; DOUGLAS
17 MEDBERRY, JR.; DOUGLAS WILKS;
   KELLY SIMONS; CURTIS McQUOID;
18 LIDGE ALBRIGHT; BOYET GALO, JR.;
   STUART BAKER; KENNETH BARNETT;
19 DANIEL COOPER; ASCENCION
   GUTIERREZ; ALFREDO MIRANDA;
20 BENJAMIN TAN; RONNIE ROWLAND;
   FRANK HOOPER; JAMES SLOAN;
21 MIGUEL MENDOZA, JR.; JEFFREY RAY;
   KEITH REINHARD; FLOYD MARSH;
22 RANDOLPH LANDIS; RUSSELL
   SEEMAN; GREGORY BAKER; CALVIN
23 BARRINGER; JEFFREY REBER; JOSE
   MANGUAL; STEVEN BROWN; MICHAEL
24 GALARNEAU; WILLIE SMITH; JAMES
   OSWALD; CARLOS KALESA; AUSTINO
25 OLIGO, JR.; JUDY GREEN; DANIEL
   RATH; MARK GERHARDSON; RICHARD
26
27
28

T:\SEIU v- LVCVA\Pleadings\Complaint.wpd

|   |   |
|---|---|
| 1 | ROBARTS; DOREEN HOFFMAN; NANCY PURNEY; |
| 2 |   |
| 3 | Plaintiffs, |
| 4 | v. |
| 5 | LAS VEGAS CONVENTION AND VISITORS AUTHORITY and DOES I through X and ROE CORPORATIONS I through X, |
| 6 |   |
| 7 | Defendants. |

Plaintiffs, employees of the LAS VEGAS CONVENTION AND VISITORS AUTHORITY ("the LVCVA"), by and through their attorneys, MATTHEW Q. CALLISTER, ESQ., and WILLIAM H. BROWN, ESQ., of the law firm of CALLISTER & REYNOLDS, hereby respectfully represent the following as their complaint against Defendants as follows:

1. This is an action for unpaid overtime compensation, liquidated damages, declaratory relief, costs and attorneys' fees pursuant to the Fair Labor Standards Act "(FLSA"), 29 U.S.C. § 201, *et seq.*, and the Federal Declaratory Judgment Act, 28 U.S.C. § 2201, *et seq.*

## JURISDICTION AND VENUE

2. The Court has jurisdiction over the claims asserted in this Complaint pursuant to 28 U.S.C. § 1331.

3. Venue is proper in this Court because all of the acts complained of arose within this judicial district.

## PARTIES

4. Plaintiff RICHARD FLETCHER is employed by The LVCVA as a Plumber and is a resident of Nevada.

5. Plaintiff STEVE ZAHN is employed by The LVCVA as a Grounds Keeper and is a resident of Nevada.

6. Plaintiff MICHAEL ELGAS is employed by The LVCVA as a Grounds Keeper and is a resident of Nevada.

law Offices of
Callister & Reynolds
823 Las Vegas Blvd.
South
Las Vegas, Nevada
89101
(702) 385-3343

3

T:\SEIU v- LVCVA\Pleadings\Complaint.wpd

7. Plaintiff WILLIAM CALDWELL is employed by The LVCVA as a Security Officer and is a resident of Nevada.

8. Plaintiff JIM STEVENS is employed by The LVCVA as a Security Officer and is a resident of Nevada.

9. Plaintiff DEBRA McGRATH is employed by The LVCVA as a Plumber and is a resident of Nevada.

10. Plaintiff LARRY G. LAWRENCE is employed by The LVCVA as a Security Officer and is a resident of Nevada.

11. Plaintiff MICHAEL J. SMITH is employed by The LVCVA as a Grounds Keeper and is a resident of Nevada.

12. Plaintiff TOM DREES is employed by The LVCVA as a Security Officer and is a resident of Nevada.

13. Plaintiff PETE SUTTON is employed by The LVCVA as a Services Supervisor and is a resident of Nevada.

14. Plaintiff CHARLIE ROSS is employed by The LVCVA as a Grounds Keeper and is a resident of Nevada.

15. Plaintiff SAMUEL L. GRAFF is employed by The LVCVA as a Carpenter and is a resident of Nevada.

16. Plaintiff MELCHOR GODINEZ is employed by The LVCVA as a Grounds Keeper and is a resident of Nevada.

17. Plaintiff ARMANDO GUEVARRA is employed by The LVCVA as a Security Officer and is a resident of Nevada.

18. Plaintiff ALEXANDER OSTROM is employed by The LVCVA as a Grounds Keeper and is a resident of Nevada.

19. Plaintiff MICHAEL LEPCZYK is employed by The LVCVA as a Grounds Keeper and is a resident of Nevada.

20. Plaintiff GLEN ALLEN AUSTIN is employed by The LVCVA as a Groundskeeper and is a resident of Nevada.

21. Plaintiff HAROLD T. DALY is employed by The LVCVA as a Safety Coordinator and is

a resident of Nevada.

22. Plaintiff CLIFFORD KEALOHA is employed by The LVCVA as a Security Officer and is a resident of Nevada.

23. Plaintiff DARRELL PETERSON is employed by The LVCVA in Security and is a resident of Nevada.

24. Plaintiff LEO K. PERREIRA is employed by The LVCVA as a Seargent and is a resident of Nevada.

25. Plaintiff BRAD STASIK is employed by The LVCVA as a Safety Coordinator and is a resident of Nevada.

26. Plaintiff ANDREW SALAZAR is employed by The LVCVA as a Groundskeeper and is a resident of Nevada.

27. Plaintiff CHARLES BAKER is employed by The LVCVA as a Grounds Supervisor and is a resident of Nevada.

28. Plaintiff WALT LINKFIELD is employed by The LVCVA as a Security Supervisor and is a resident of Nevada.

29. Plaintiff RICHARD MROZEK is employed by The LVCVA as a Security Officer and is a resident of Nevada.

30. Plaintiff KENNETH R. DREFS is employed by The LVCVA as a Security Officer and is a resident of Nevada.

31. Plaintiff ROGER SOWINSKI is employed by The LVCVA as a Security Officer and is a resident of Nevada.

32. Plaintiff DAVID SIZEMORE is employed by The LVCVA as a Security Officer and is a resident of Nevada.

33. Plaintiff FROILAN SANCHEZ is employed by The LVCVA as a Security Officer and is a resident of Nevada.

34. Plaintiff MILES RODELA is employed by The LVCVA as a Services Shift Supervisor and is a resident of Nevada.

35. Plaintiff NORMA SEGISMAR is employed by The LVCVA as a Custodian and is a resident of Nevada.

36. Plaintiff GARY VENEKLASEN is employed by The LVCVA as a Custodian and is a resident of Nevada.

37. Plaintiff MARY RIEBEL is employed by The LVCVA as a Custodian and is a resident of Nevada.

38. Plaintiff MARIEL WALLACE is employed by The LVCVA as a Custodian and is a resident of Nevada.

39. Plaintiff RICHARD COVELSKI is employed by The LVCVA as a Custodian and is a resident of Nevada.

40. Plaintiff CORAZON REINHARD is employed by The LVCVA as a Custodian and is a resident of Nevada.

41. Plaintiff ALFONSO RAZO-PADILLA is employed by The LVCVA as a Custodian and is a resident of Nevada.

42. Plaintiff PETRONILLA McCOY is employed by The LVCVA as a Custodian and is a resident of Nevada.

43. Plaintiff NORMA WORMALD is employed by The LVCVA as a Custodian and is a resident of Nevada.

44. Plaintiff GUADALUPE MIRANDA is employed by The LVCVA as a Custodian and is a resident of Nevada.

45. Plaintiff TONY COX is employed by The LVCVA as a Custodian and is a resident of Nevada.

46. Plaintiff DONALD SHELLENBARGER, SR., is employed by The LVCVA as a Custodian and is a resident of Nevada.

47. Plaintiff RAFAEL HERNANDEZ is employed by The LVCVA as a Custodian and is a resident of Nevada.

48. Plaintiff IVA BUCK is employed by The LVCVA as a Custodian and is a resident of Nevada.

49. Plaintiff LINDA NALE is employed by The LVCVA as a Custodian and is a resident of Nevada.

50. Plaintiff EVELINE FLATER is employed by The LVCVA as a Custodian and is a resident

of Nevada.

51. Plaintiff HELEN BURDINE is employed by The LVCVA as a Custodian and is a resident of Nevada.

52. Plaintiff MARIA GARCIA is employed by The LVCVA as a Custodian and is a resident of Nevada.

53. Plaintiff BLESILDA FONTILLAS is employed by The LVCVA as a Custodian and is a resident of Nevada.

54. Plaintiff ROBERT BEATTY is employed by The LVCVA as a Custodian and is a resident of Nevada.

55. Plaintiff PAUL WHITE is employed by The LVCVA as a Custodian and is a resident of Nevada.

56. Plaintiff JANICE SWENSON is employed by The LVCVA as a Custodian and is a resident of Nevada.

57. Plaintiff MAUREEN ALLRED is employed by The LVCVA as a Custodian and is a resident of Nevada.

58. Plaintiff SAMUEL DAVIS is employed by The LVCVA as a Custodian and is a resident of Nevada.

59. Plaintiff PATRICIA FOREMAN is employed by The LVCVA as a Custodian and is a resident of Nevada.

60. Plaintiff STEVEN WOODS is employed by The LVCVA as a Custodian and is a resident of Nevada.

61. Plaintiff GLENN GAMATERO is employed by The LVCVA as a Custodian and is a resident of Nevada.

62. Plaintiff GUY RAMISCAL is employed by The LVCVA as a Custodian and is a resident of Nevada.

63. Plaintiff ROBERT RICHTER is employed by The LVCVA as a Custodian and is a resident of Nevada.

64. Plaintiff ROBERT LOVELL is employed by The LVCVA as a Custodian and is a resident of Nevada.

65. Plaintiff RAMON PANALIGAN is employed by The LVCVA as a Custodian and is a resident of Nevada.

66. Plaintiff MICHAEL SHEARER is employed by The LVCVA as a Custodian and is a resident of Nevada.

67. Plaintiff TOMAS EPLING is employed by The LVCVA as a Custodian and is a resident of Nevada.

68. Plaintiff KANALI NOLASCO is employed by The LVCVA as a Custodian and is a resident of Nevada.

69. Plaintiff NILDA JACOBS is employed by The LVCVA as a Custodian and is a resident of Nevada.

70. Plaintiff TYLER WEISS is employed by The LVCVA as a Custodian and is a resident of Nevada.

71. Plaintiff WENTWORTH EATHERTON is employed by The LVCVA as a Custodian and is a resident of Nevada.

72. Plaintiff DENNIS NOWAK is employed by The LVCVA as a Graphics Specialist and is a resident of Nevada.

73. Plaintiff ALLEN AUSTIN, JR., is employed by The LVCVA as a Groundskeeper and is a resident of Nevada.

74. Plaintiff MAC MOORE is employed by The LVCVA as a Groundskeeper and is a resident of Nevada.

75. Plaintiff BRIAN SCHREUR is employed by The LVCVA as a Groundskeeper and is a resident of Nevada.

76. Plaintiff WILLIAM HOOPII is employed by The LVCVA as a Groundskeeper and is a resident of Nevada.

77. Plaintiff MICHAEL MASSEY is employed by The LVCVA as a Safety Coordinator and is a resident of Nevada.

78. Plaintiff TIMOTHY VOLZ is employed by The LVCVA as a Safety Coordinator and is a resident of Nevada.

79. Plaintiff VINCENT BARILE is employed by The LVCVA as a Painter and is a resident of

Nevada.

80. Plaintiff TODD YOUNG is employed by The LVCVA as a Painter and is a resident of Nevada.

81. Plaintiff JOSEPH GARGIULO is employed by The LVCVA as a Painter and is a resident of Nevada.

82. Plaintiff RAFAEL MENDOZA-MIRANDA is employed by The LVCVA as a Painter and is a resident of Nevada.

83. Plaintiff MARK CARLOS is employed by The LVCVA as a Painter and is a resident of Nevada.

84. Plaintiff CARL TEMPLE is employed by The LVCVA as a Painter and is a resident of Nevada.

85. Plaintiff MICHAEL DeVINNEY is employed by The LVCVA as a Painter and is a resident of Nevada.

86. Plaintiff JOSEPH MASTROMAURO is employed by The LVCVA as a Painter and is a resident of Nevada.

87. Plaintiff REX WHITE is employed by The LVCVA as a Painter Supervisor and is a resident of Nevada.

88. Plaintiff MICHAEL DAVIS is employed by The LVCVA as a Plumber and is a resident of Nevada.

89. Plaintiff JOHN THORPE is employed by The LVCVA as a Plumber and is a resident of Nevada.

90. Plaintiff JOSEPH MELNIK is employed by The LVCVA as a Plumber and is a resident of Nevada.

91. Plaintiff FRED DAY is employed by The LVCVA as a Plumber and is a resident of Nevada.

92. Plaintiff BRUCE GRAHAM is employed by The LVCVA as a Plumber and is a resident of Nevada.

93. Plaintiff ROBERT ENGLISH is employed by The LVCVA as a Plumber Supervisor and is a resident of Nevada.

94. Plaintiff MICHAEL WALLENSACK is employed by The LVCVA as a Security Officer and

is a resident of Nevada.

95. Plaintiff LAWRENCE AUGUSTINE is employed by The LVCVA as a Security Officer and is a resident of Nevada.

96. Plaintiff FAYE SIMONS is employed by The LVCVA as a Security Officer and is a resident of Nevada.

97. Plaintiff WILLIAM THEOBALD is employed by The LVCVA as a Security Officer and is a resident of Nevada.

98. Plaintiff JERRY GILLILAND is employed by The LVCVA as a Security Officer and is a resident of Nevada.

99. Plaintiff RAYMOND GARGIULO is employed by The LVCVA as a Security Officer and is a resident of Nevada.

100. Plaintiff TERRENCE MAZUR is employed by The LVCVA as a Security Officer and is a resident of Nevada.

101. Plaintiff CLIFFORD JOHNSON is employed by The LVCVA as a Security Sergeant and is a resident of Nevada.

102. Plaintiff JEFF TIMMERWILKE is employed by The LVCVA as a Security Sergeant and is a resident of Nevada.

103. Plaintiff STANLEY YOUNG is employed by The LVCVA as a Security Sergeant and is a resident of Nevada.

104. Plaintiff KENNETH MAIN is employed by The LVCVA as a Visitors Information Clerk and is a resident of Nevada.

105. Plaintiff RONALD CARRIER is employed by The LVCVA as a Service Worker and is a resident of Nevada.

106. Plaintiff NEBUCCHADNEZAR GATCHALIAN is employed by The LVCVA as a Service Worker and is a resident of Nevada.

107. Plaintiff JOSE ALVAREZ is employed by The LVCVA as a Service Worker and is a resident of Nevada.

108. Plaintiff JAMES SKINNER is employed by The LVCVA as a Service Worker and is a resident of Nevada.

T:\SEIU v- LVCVA\Pleadings\Complaint.wpd

1  109. Plaintiff HENRY MITCHELL is employed by The LVCVA as a Service Worker and is a
2  resident of Nevada.

3  110. Plaintiff LETECIA MANTOR is employed by The LVCVA as a Service Worker and is a
4  resident of Nevada.

5  111. Plaintiff DANIEL GULLI, JR., is employed by The LVCVA as a Service Worker and is
6  a resident of Nevada.

7  112. Plaintiff ANTHONY FREITAS is employed by The LVCVA as a Service Worker and is
8  a resident of Nevada.

9  113. Plaintiff ROBERT ABELL is employed by The LVCVA as a Service Worker and is a
10 resident of Nevada.

11 114. Plaintiff RUBEN BASYE is employed by The LVCVA as a Service Worker and is a
12 resident of Nevada.

13 115. Plaintiff DONALD BALDWIN is employed by The LVCVA as a Service Worker and is
14 a resident of Nevada.

15 116. Plaintiff JUNE RINGLER is employed by The LVCVA as a Service Worker and is a
16 resident of Nevada.

17 117. Plaintiff STEPHEN LUCAS is employed by The LVCVA as a Service Worker and is a
18 resident of Nevada.

19 118. Plaintiff DOUGLAS MEDBERRY, JR., is employed by The LVCVA as a Service Worker
20 and is a resident of Nevada.

21 119. Plaintiff DOUGLAS WILKS is employed by The LVCVA as a Service Worker and is a
22 resident of Nevada.

23 120. Plaintiff KELLY SIMONS is employed by The LVCVA as a Service Worker and is a
24 resident of Nevada.

25 121. Plaintiff CURTIS McQUOID is employed by The LVCVA as a Service Worker and is a
26 resident of Nevada.

27 122. Plaintiff LIDGE ALBRIGHT is employed by The LVCVA as a Service Worker and is a
28 resident of Nevada.

123. Plaintiff BOYET GALO, JR., is employed by The LVCVA as a Service Worker and is a

1  resident of Nevada.

2  124.   Plaintiff STUART BAKER is employed by The LVCVA as a Service Worker and is a
3  resident of Nevada.

4  125.   Plaintiff KENNETH BARNETT is employed by The LVCVA as a Service Worker and is
5  a resident of Nevada.

6  126.   Plaintiff DANIEL COOPER is employed by The LVCVA as a Service Worker and is a
7  resident of Nevada.

8  127.   Plaintiff ASCENCION GUTIERREZ is employed by The LVCVA as a Service Worker and
9  is a resident of Nevada.

10  128.   Plaintiff ALFREDO MIRANDA is employed by The LVCVA as a Service Worker and
11  is a resident of Nevada.

12  129.   Plaintiff BENJAMIN TAN is employed by The LVCVA as a Service Worker and is a
13  resident of Nevada.

14  130.   Plaintiff RONNIE ROWLAND is employed by The LVCVA as a Service Worker and is
15  a resident of Nevada.

16  131.   Plaintiff FRANK HOOPER is employed by The LVCVA as a Service Worker and is a
17  resident of Nevada.

18  132.   Plaintiff JAMES SLOAN is employed by The LVCVA as a Service Worker and is a
19  resident of Nevada.

20  133.   Plaintiff MIGUEL MENDOZA, JR., is employed by The LVCVA as a Service Worker
21  and is a resident of Nevada.

22  134.   Plaintiff JEFFREY RAY is employed by The LVCVA as a Service Worker and is a
23  resident of Nevada.

24  135.   Plaintiff KEITH REINHARD is employed by The LVCVA as a Service Worker and is
25  a resident of Nevada.

26  136.   Plaintiff FLOYD MARSH is employed by The LVCVA as a Service Worker and is a
27  resident of Nevada.

28  137.   Plaintiff RANDOLPH LANDIS is employed by The LVCVA as a Service Worker and
    is a resident of Nevada.

138. Plaintiff RUSSELL SEEMAN is employed by The LVCVA as a Service Worker and is a resident of Nevada.

139. Plaintiff GREGORY BAKER is employed by The LVCVA as a Service Worker and is a resident of Nevada.

140. Plaintiff CALVIN BARRINGER is employed by The LVCVA as a Service Worker and is a resident of Nevada.

141. Plaintiff JEFFREY REBER is employed by The LVCVA as a Service Worker and is a resident of Nevada.

142. Plaintiff JOSE MANGUAL is employed by The LVCVA as a Service Worker and is a resident of Nevada.

143. Plaintiff STEVEN BROWN is employed by The LVCVA as a Service Worker and is a resident of Nevada.

144. Plaintiff MICHAEL GALARNEAU is employed by The LVCVA as a Service Worker and is a resident of Nevada.

145. Plaintiff WILLIE SMITH is employed by The LVCVA as a Service Worker and is a resident of Nevada.

146. Plaintiff JAMES OSWALD is employed by The LVCVA as a Service Worker and is a resident of Nevada.

147. Plaintiff CARLOS KALESA is employed by The LVCVA as a Service Worker and is a resident of Nevada.

148. Plaintiff FAUSTINO OLIGO, JR., is employed by The LVCVA as a Service Worker and is a resident of Nevada.

149. Plaintiff JUDY GREEN is employed by The LVCVA as a Service Worker and is a resident of Nevada.

150. Plaintiff DANIEL RATH is employed by The LVCVA as a Service Worker and is a resident of Nevada.

151. Plaintiff MARK GERHARDSON is employed by The LVCVA as a Service Worker and is a resident of Nevada.

152. Plaintiff RICHARD ROBARTS is employed by The LVCVA as a Service Worker and

is a resident of Nevada.

153. Plaintiff DOREEN HOFFMAN is employed by The LVCVA as a Secretary and is a resident of Nevada.

154. Plaintiff NANCY PURNEY is employed by The LVCVA as an Administrative Specialist and is a resident of Nevada.

155. The LVCVA is a public agency in an enterprise subject to the requirements of the Fair Labor Standards Act ( 29 U.S.C. § 201, *et. seq.*) (the "FLSA").

156. The true names and capacities, whether individual, agency, corporate, associate or otherwise, of Defendants, DOES I through X inclusive (hereinafter DOES), DOE AGENCIES I through X inclusive (hereinafter DOE AGENCIES), and ROE CORPORATIONS I through X inclusive (hereinafter ROE CORPORATIONS) are unknown to Plaintiffs. Plaintiffs will ask for leave of this Court to amend this Complaint to show the true names and capacities of these Defendants when they become known to Plaintiffs. Plaintiffs believes each Defendant named as a DOE, DOE AGENCY or ROE CORPORATION was responsible in some manner for the events and happenings stated and referred to herein.

## FACTUAL BACKGROUND

157. The LVCVA employed all of the Plaintiffs between the period of March 2000 and the present.

158. At all relevant times, the LVCVA has known that it was required to pay overtime compensation at the rate of one and one-half times the normal hourly rates to its employees who work more than 40 hours during a work week, unless such employees are exempt from the overtime requirements of the FLSA.

159. At all relevant times, the Plaintiffs were employees of The LVCVA within the meaning of the FLSA.

160. Plaintiffs are not employed in a bona fide executive, administrative or professional capacity within the meaning of the FLSA, and are not otherwise exempt from the overtime requirements of the FLSA.

14

T:\SEIU v- LVCVA\Pleadings\Complaint.wpd

161. During their employment between March 2000 and the present, each of the Plaintiffs regularly and consistently worked more than 40 hours per work week with the knowledge of the LVCVA.

162. The LVCVA suffered or permitted the Plaintiffs to work such overtime hours.

163. The LVCVA failed to pay the Plaintiffs such overtime compensation at a rate of one and one-half times their normal hourly rates for any overtime hours they worked between March 2000 and the present.

## VIOLATION OF FLSA OVERTIME PAY REQUIREMENTS

164. Plaintiffs adopt and incorporate paragraphs 1 through 167 as though fully forth herein.

165. The LVCVA violated 29 U.S.C. § 207(a) by failing to pay Plaintiffs overtime compensation at the rate of one and one-half times their normal hourly rates for overtime hours they worked between March 2000 and the present.

166. The LVCVA's failure to pay Plaintiffs the overtime rate to which they were entitled under the FLSA was willful.

WHEREFORE, the Plaintiffs pray for a judgment against the Defendants:

1. In an amount to be proven at trial equal to unpaid overtime compensation mandated by 29 U.S.C. § 207(a);

2. In an equal amount representing liquidated damages as allowed under 29 U.S.C. § 216(b);

3. For a declaration pursuant to 28 U.S.C. § 2201, *et seq.*, that the Plaintiffs are employees subject to all of the requirements of the FLSA, and are not exempt from the overtime requirements of the FLSA;

. . .

. . .

. . .

4. For attorneys' fees and costs as allowed under 29 U.S.C. § 216(b);

5. For prejudgment and post-judgment interest in accordance with applicable law; and

6. For such other relief as may seem appropriate to the Court under the circumstances of this case.

DATED 10-30-03, 2003

Respectfully submitted,

**CALLISTER & REYNOLDS**

By: _____
**MATTHEW Q. CALLISTER, ESQ.**
Nevada Bar No. 001396
**WILLIAM H. BROWN, ESQ.**
Nevada Bar No. 007623
823 Las Vegas Blvd. So.
Las Vegas, NV 89101
Attorneys for Plaintiffs