LUKE PUSCHNIG, ESQ.,
Nevada Bar #3792
3150 Paradise Road
Las Vegas, Nevada 89109
Phone: (702) 892-7506
Fax: (702) 892-7512

Attorney for Defendant
Las Vegas Convention and Visitors Authority

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD FLETCHER, STEVE ZAHN, MICHAEL ELGAS, WILLIAM CALDWELL, JIM STEVENS, TOMAS C. EPLING, et.al.<br><br>Plaintiffs<br><br>v.<br><br>LAS VEGAS CONVENTION AND VISITORS AUTHORITY and DOES I through X and ROE CORPORATIONS I through X,<br><br>Defendants. | Case No. CV-S-03-1356-RCJ-(LRL)<br><br>**FINAL STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

**COMES NOW**, Defendant, Las Vegas Convention and Visitors Authority, by and through its attorney of record, LUKE PUSCHNIG, ESQ., and Plaintiff TOMAS C. EPLING,

. . .

. . .

. . .

. . .

. . .

. . .

./ . .

1  pro per, and hereby stipulate and agree that the above-captioned lawsuit is hereby totally

2  dismissed with prejudice, with each party to bear their own fees and costs therefor.

3  DATED this __1st__ day of ~~October~~ *Nov* 2004.

| PRO PER | LAS VEGAS CONVENTION AND VISITORS AUTHORITY |
|---|---|
| By: _____ <br> TOMAS C. EPLING <br> P. O. Box 985 <br> Indian Springs, NV 89018 | By: _____ <br> LUKE PUSCHNIG, ESQ., <br> Nevada Bar #3792 <br> 3150 Paradise Road <br> Las Vegas, Nevada 89109 <br> Attorney for Defendant <br> Las Vegas Convention and Visitors Authority |

ORDER

This matter having come before the Court pursuant to stipulation of the parties, and good cause appearing therefor.

IT IS SO ORDERED this __18th__ day of ~~October~~ November 2004.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted by:

_____
LUKE PUSCHNIG, ESQ.
Nevada Bar #3792
3150 Paradise Road
Las Vegas, NV 89109
Telephone: (702) 892-0711
Facsimile: (702) 892-7512
Attorney for Defendant
**LAS VEGAS CONVENTION AND
VISITORS AUTHORITY**